473 A.2d 203

Schwartz, Appellant, v. Keystone Ins. Co.

Reargument Denied April 18, 1984.

Petition for Allowance of Appeal
Denied Oct. 1, 1984.

Argued September 20, 1983. Allen L. Feingold, for appellant; Pamela B. Gagne, for appellee.

Before CIRILLO, JOHNSON and CERCONE, JJ.

Order affirmed without prejudice.